IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BERISH BERGER,**<br>**KILBRIDE INVESTMENTS LIMITED,**<br>**BUSYSTORE LIMITED IN**<br>**LIQUIDATION,**<br>**TOWERSTATES LIMITED,**<br>**BERGFELD CO. LIMITED, and**<br>**ARDENLINK LIMITED,**<br>                Plaintiffs,<br><br>        v.<br><br>**CUSHMAN & WAKEFIELD OF**<br>**PENNSYLVANIA, INC.,**<br>**BLANK ROME LLP, and**<br>**COZEN O'CONNOR, P.C., ,**<br>                Defendants. | CIVIL ACTION<br><br><br><br>NO.  13-5195 |

## O R D E R

**AND NOW**, this 25th day of June, 2014, upon consideration of Defendant Cushman & Wakefield of Pennsylvania, Inc.'s Motion to Dismiss the Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Document No. 5, filed September 19, 2013), Plaintiffs' Memorandum in Opposition to Cushman & Wakefield of Pennsylvania, Inc.'s Motion to Dismiss the Amended Complaint (Document No. 22, filed October 7, 2013), and Cushman & Wakefield of Pennsylvania, Inc.'s Reply Brief in Support of Its Motion to Dismiss Plaintiffs' Amended Complaint (Document No. 24, filed October 18, 2013), for the reasons set forth by Memorandum dated June 25, 2014, **IT IS ORDERED** that Defendant Cushman & Wakefield of Pennsylvania, Inc.'s Motion to Dismiss the Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Document No. 5) is **DENIED.**

**IT IS FURTHER ORDERED** that a Preliminary Pretrial Conference will be scheduled in due course.

**BY THE COURT:**

/s/ Hon. Jan E. DuBois
**DuBOIS, JAN E., J.**
