IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BERISH BERGER,** <br> **KILBRIDE INVESTMENTS LIMITED,** <br> **BUSYSTORE LIMITED IN** <br> **LIQUIDATION,** <br> **TOWERSTATES LIMITED,** <br> **BERGFELD CO. LIMITED, and** <br> **ARDENLINK LIMITED,** <br>         Plaintiffs, <br><br> v. <br><br> **CUSHMAN & WAKEFIELD OF** <br> **PENNSYLVANIA, INC.,** <br> **BLANK ROME LLP, and** <br> **COZEN O'CONNOR, P.C.,** <br>         Defendants, <br><br> and <br><br> **CUSHMAN & WAKEFIELD OF** <br> **PENNSYLVANIA, INC.,** <br>         Third Party Plaintiff, <br><br> v. <br><br> **CHAIM ZEV LEIFER,** <br> **HASKEL KISH and** <br> **JFK BLVD. ACQUISITION G.P., LLC,** <br>         Third Party Defendants. | CIVIL ACTION <br><br><br><br><br> NO.  13-5195 |

# O R D E R

**AND NOW**, this 10th day of March, 2016, upon consideration of Third-Party Defendant's, JFK Blvd Acquisition GP, LLC, Motion to Dismiss Third-Party Complaint Filed By Cushdman [sic] And Wakefield Pursuant to F.R.Civ. P. 12(b)(1) and (6) (Document No. 64, filed September 14, 2015) and Third-Party Defendant [sic] Cushman & Wakefield of Pennsylvania, Inc.'s Opposition to Third-Party Plaintiff [sic] JFK Blvd Acquisition GP, LLC's Motion to Dismiss the Third-Party Complaint (Document No. 67, filed October 2, 2015), for the

reasons set forth in the Court's Memorandum dated March 10, 2016, **IT IS ORDERED** that Third-Party Defendant's Motion to Dismiss Third-Party Complaint is **DENIED WITHOUT PREJUDICE** to third-party defendant JFK Blvd Acquisition GP, LLC's right to address appropriate issues by motion for summary judgment and/or at trial.

    **IT IS FURTHER ORDERED** that a telephone conference for the purpose of scheduling further proceedings will be conducted in due course.

                                    **BY THE COURT:**

                                    **/s/ Hon. Jan E. DuBois**

                                        **DuBOIS, JAN E., J.**