IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BERISH BERGER,<br>KILBRIDE INVESTMENTS LIMITED,<br>BUSYSTORE LIMITED IN<br>LIQUIDATION,<br>TOWERSTATES LIMITED,<br>BERGFELD CO. LIMITED, and<br>ARDENLINK LIMITED,<br>    Plaintiffs,<br><br>v.<br><br>CUSHMAN & WAKEFIELD OF<br>PENNSYLVANIA, INC.,<br>BLANK ROME LLP, and<br>COZEN O'CONNOR, P.C.,<br>    Defendants,<br><br>and<br><br>CUSHMAN & WAKEFIELD OF<br>PENNSYLVANIA, INC.,<br>    Third Party Plaintiff,<br><br>v.<br><br>CHAIM ZEV LEIFER,<br>HASKEL KISH and<br>JFK BLVD. ACQUISITION G.P., LLC,<br>    Third Party Defendants. | CIVIL ACTION<br><br><br><br><br>NO. 13-5195 |

# **O R D E R**

**AND NOW**, this 18th day of August, 2017, upon consideration of Motion By Defendants, Blank Rome LLP, Cozen O'Connor, P.C., and Cushman & Wakefield of Pennsylvania, Inc., for Summary Judgment as to the Claims of Plaintiffs Berish Berger, Ardenlink Limited, and Towerstates Limited for Lack of Subject-Matter Jurisdiction Based Upon Want of Standing (Document No. 111, filed Apr. 13, 2017), Joint Motion of Defendants, Cushman & Wakefield of Pennsylvania, Inc., Blank Rome LLP, and Cozen O'Connor P.C., for

1

Summary Judgment on All Claims Pursuant to the Threshold Issue of the Statute of Limitations (Document No. 118, filed Apr. 17, 2017), Plaintiffs Berish Berger, Ardenlink Limited and Towerstates Limited's Memorandum of Law in Opposition to All Defendants' Motion for Summary Judgment as to Their Claims for Lack of Subject-Matter Jurisdiction Based Upon Want of Standing (Document No. 141, filed May 24, 2017), Plaintiffs' Memorandum of Law in Opposition to the Joint Motion of All Defendants for Summary Judgment on All Claims Pursuant to the Threshold Issue of the Statute of Limitations (Document No. 139, filed May 24, 2017), Reply in Support of the Defendants' Joint Motion for Summary Judgment as to the Claims of Plaintiffs Berish Berger, Ardenlink Limited, and Towerstates Limited for Lack of Subject-Matter Jurisdiction Based Upon Want of Standing (Document No. 167, filed June 14, 2017), and Reply Memorandum in Support of Joint Motion of Defendants Cushman & Wakefield of Pennsylvania, Inc., Blank Rome LLP, and Cozen O'Connor, P.C. for Summary Judgment on All Claims Pursuant to the Threshold Issue of the Statute of Limitations (Document No. 163, filed June 14, 2017), for the reasons set forth in the accompanying Memorandum dated August 18, 2017, **IT IS ORDERED**, as follows:

1. Joint Motion of Defendants, Cushman & Wakefield of Pennsylvania, Inc., Blank Rome LLP, and Cozen O'Connor P.C., for Summary Judgment on All Claims Pursuant to the Threshold Issue of the Statute of Limitations is **DENIED**;

2. Motion By Defendants, Blank Rome LLP, Cozen O'Connor, P.C., and Cushman & Wakefield of Pennsylvania, Inc., for Summary Judgment as to the Claims of Plaintiffs Berish Berger, Ardenlink Limited, and Towerstates Limited for Lack of Subject-Matter Jurisdiction Based Upon Want of Standing is **GRANTED**; and

3. Plaintiffs Berish Berger, Towerstates Limited, and Ardenlink Limited are **REMOVED** from the caption.

> **BY THE COURT:**
>
> **/s/ Hon. Jan E. DuBois**
> _____
> **DuBOIS, JAN E., J.**