# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KILBRIDE INVESTMENTS LIMITED, BUSYSTORE LIMITED IN LIQUIDATION,** and **BERGFELD CO. LIMITED,** <br>       Plaintiffs, <br><br> v. <br><br> **CUSHMAN & WAKEFIELD OF PENNSYLVANIA, INC., BLANK ROME LLP,** and **COZEN O'CONNOR, P.C.,** <br>       Defendants, <br><br> and <br><br> **CUSHMAN & WAKEFIELD OF PENNSYLVANIA, INC.,** <br>       Third Party Plaintiff, <br><br> v. <br><br> **CHAIM ZEV LEIFER, HASKEL KISH** and **JFK BLVD. ACQUISITION G.P., LLC,** <br>       Third Party Defendants. | CIVIL ACTION <br><br> NO.  13-5195 |

## **O R D E R**

**AND NOW**, this 16th day of February, 2018, upon consideration of Defendant Cozen O'Connor, P.C.'s Motion for Summary Judgment Pursuant to Rule 56 of the Federal Rules of Civil Procedure (Document No. 116, filed April 17, 2017), Plaintiffs' Memorandum of Law in Opposition to Defendant Cozen O'Connor, P.C.'s Motion for Summary Judgment (Document No. 156, filed May 24, 2017), and Defendant Cozen O'Connor, P.C.'s Reply Memorandum of

Law in Further Support of Its Motion for Summary Judgment (Document No. 173, filed June 14, 2017), for the reasons set forth in the accompanying Memorandum dated February 16, 2018, **IT IS ORDERED** as follows**:**

1. Cozen O'Connor P.C.'s Motion for Summary Judgment is **DENIED** to the extent that plaintiffs seek to hold Cozen O'Connor liable for actions taken in furtherance of the conspiracy that occurred before July 28, 2006, while Charles Naselsky was employed at Cozen O'Connor P.C.

2. The Motion for Summary Judgment is **GRANTED** in all other respects.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**