IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BERISH BERGER, KILBRIDE INVESTMENTS LIMITED, BUSYSTORE LIMITED IN LIQUIDATION, TOWERSTATES LIMITED, BERGFELD CO. LIMITED and ARDENLINK LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> CUSHMAN & WAKEFIELD OF PENNSYLVANIA, INC., BLANK ROME LLP and COZEN O'CONNOR, P.C., <br><br> Defendants. | Civil Action No.: 2:13-cv-05195 |
| CUSHMAN & WAKEFIELD OF PENNSYLVANIA, INC., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> CHAIM ZEV LEIFER, HESKEL KISH, and JFK BLVD. ACQUISITION G.P., LLC, <br><br> Third-Party Defendants. | |

**RESPONSE OF BLANK ROME LLP TO PLAINTIFFS' MOTION TO DISMISS COZEN O'CONNOR, P.C., AND THE REPLIES OF COZEN AND CUSHMAN & WAKEFIELD TO THAT MOTION**

Blank Rome agrees with the dismissal of Cozen O'Connor, P.C., and the entry of the order as a Rule 54(b) Order. Moreover, as reflected in the case of its own settlement documents, Blank Rome has no objection to the Cushman & Wakefield request that Cozen be listed on the verdict sheet if the Cushman & Wakefield case goes to trial, with a potential set-off of the amount of the Cozen settlement against any verdict against Cushman.

Blank Rome will not lengthen the debate over whether that result follows from an application of the Pennsylvania joint tortfeasor rules or is simply a reflection of the rule that a plaintiff is entitled to be made whole for the amount of an indivisible injury, but is not entitled to be made more than whole for that injury.

Respectfully Submitted,

/s/John G. Harkins, Jr.
John G. Harkins, Jr. (Id. No. 04441)
Colleen H. Simpson (Id. No. 84956)
Harkins Cunningham LLP
P.O. Box 205
Devon, PA  19333
Tel: (215) 851-6700
Fax: (215) 851-6710
jharkins@harkinscunningham.com
csimpson@harkinscunningham.com

*Attorneys for Defendant,
Blank Rome LLP*

Dated:  June 14, 2019

## **CERTIFICATE OF SERVICE**

I, John G. Harkins, Jr., hereby certify that on this 14th day of June, 2019, I caused a true and correct copy Blank Rome LLP's Response to Plaintiffs' Motion to Dismiss Cozen O'Connor, P.C., And The Replies Of Cozen O'Connor, P.C. and Cushman & Wakefield to that Motion, to be served upon the following parties via ECF and electronic mail addressed to:

Mary Kay Brown, Esquire
mkbrown@bmnlawyers.com
Raymond McGarry, Esquire
rmcgarry@bmnlawyers.com
Jami B. Nimeroff, Esquire
jnimeroff@bmnlawyers.com
Brown McGarry Nimeroff LLC
2001 Market Street, Suite 3420
Philadelphia, PA  19103


Danielle C. Lesser, Esquire
dlesser@morrisoncohen.com
Brett D. Dockwell, Esquire
bdockwell@morrisoncohen.com
Morrison Cohen LLP
909 Third Avenue
New York, NY  10022


William A. Harvey
wharvey@klehr.com
Matthew J. Borger
mborger@klehr.com
Paige M. Willan
pwillan@klehr.com
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA  19103

Jayne A. Risk, Esquire
*jayne.risk@dlapiper.com*
Nathan Heller, Esquire
*nathan.heller@dlapiper.com*
Justin E. Kerner, Esquire
*justin.kerner@dlapiper.com*
DLA Piper LLP
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA  19103-7300


Andrew Teitelman
*ateitelman@teitelaw.com*
Law Offices of Andrew Teitelman P.C.
380 Red Lion Road, Suite 103
Huntington Valley, PA  19006


  I also certify that a copy of the foregoing was served on the following unrepresented parties via first class mail:


Chaim Zev Leifer
16 Portland Avenue
London N16 6ET
UK

Heskel Kish
106 Lealand Road
London N15 6JT
UK


         /s/ John G. Harkins, Jr.
         John G. Harkins, Jr.